In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-137 CV


____________________



IN THE MATTER OF R.D.M.







On Appeal from the 279th District Court


Jefferson County, Texas


Trial Cause No. F-9876-J






MEMORANDUM OPINION


 R.D.M., a fifteen-year-old juvenile, appeals from the trial court's order modifying his
prior disposition and committing him to the Texas Youth Commission for an indeterminate
period of time not to exceed his twenty-first birthday. See Tex. Fam. Code Ann. 
§ 54.04(d)(2) (Vernon Supp. 2006). We affirm.

 The judgment recites that R.D.M. pled true after hearing the charges pending against
him. The trial court found that R.D.M. violated the terms of the juvenile probation order,
that it would be in the child's best interest to be placed outside the home because of the
child's history of running away and his unresponsiveness to his parent's attempt to provide
supervision, and that R.D.M. had previously been found to be a delinquent child or had
previously been convicted of a penal offense and would likely offend if released. Because
R.D.M. had been found to be delinquent and was placed on community supervision in a
previous case, in revoking community supervision in this case, the trial court had discretion
to commit R.D.M. to the Texas Youth Commission. See Tex. Fam. Code Ann. § 54.05(f),
(j), (k) (Vernon Supp. 2006).

 After perfecting appeal, appointed counsel filed a brief asserting that the appeal is
frivolous. The brief complies with the requirements of Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and In re D.A.S., 973 S.W.2d 296 (Tex. 1998). On
October 26, 2006, we granted R.D.M. and his mother extensions of time in which to file a
pro se brief. No pro se brief has been filed. We have carefully reviewed the record and
counsel's brief, and find no arguable error requiring us to order appointment of new counsel. 
Accordingly, we affirm the trial court's judgment.

 AFFIRMED.

 

 ______________________________

 STEVE McKEITHEN

 Chief Justice



Submitted on January 24, 2007

Opinion Delivered February 8, 2007


Before McKeithen, C.J., Gaultney and Horton, JJ.